NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


STEVEN O. SCOTT, DOC #529583 )
)
     Appellant, )
)
v. )     Case No.  2D17-4213
)
STATE OF FLORIDA, )
)
     Appellee. )
_____)

Opinion filed March 14, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco, Judge.

Steven O. Scott, DOC #529583, pro se
Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Cerese Crawford Taylor,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.


     Affirmed.


LaROSE, C.J., and BLACK and BADALAMENTI, JJ., Concur.